**FILED**
August 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: VAR
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| James Uhrinec, Jr. | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO.: 1:25-cv-02139-RP |
| | § | |
| Lincoln National Life | § | |
| Insurance Company | § | |
| | § | |
| *Defendant* | § | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before May 29, 2026.
2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before May 29, 2026, and each opposing party shall respond, in writing, on or before June 26, 2026. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so that the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.
3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before May 29, 2026.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before July 10, 2026.

5. This case is exempt from Disclosures as per Fed. R. Civ. P. 26(a)(1)(B)(i). It will be tried on the administrative record. Defendant will produce, but not file, a numbered copy of the proposed administrative record on or before July 10, 2026. Plaintiff will produce any suggested additions to the administrative record or object to the inclusion of matters contained therein on or before July 31, 2026. Defendant will file a copy of the agreed administrative record, under seal, on or before September 18, 2026.

6. In lieu of proposed findings of fact and conclusions of law, Plaintiff shall file his brief on the administrative record (limited to 20 pages, excluding exhibits) under Rule 52 on or before September 18, 2026. Defendant shall file its response brief (limited to 20 pages, excluding exhibits) on or before October 9, 2026. Plaintiff may file a reply brief (limited to 10 pages) on or before October 23, 2026, and Defendant may file a sur-reply brief (limited to 10 pages) on or before November 6, 2026 .

7. If the Court desires a hearing, it will be held on March 15, 2027. The hearing will be in lieu of a bench trial and shall consist only of arguments of counsel, based on the contents of the administrative record. No witnesses will be called.

SIGNED on August 10, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE