**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| James Uhrinec, Jr., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | Case No. 1:25-Cv-02139-RP |
| The Lincoln National Life Insurance Company, | ) | |
| | ) | |
| *Defendant*. | ) | |

**NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party, Defendant, The Lincoln National Life Insurance Company, through counsel, Iwana Rademaekers.

___ consents to having a United States Magistrate Judge preside over the trial in this case.

_X_ declines to consent to trial before a United States Magistrate Judge.

Dated: August 13, 2026.

Respectfully submitted,

/s/ Iwana Rademaekers

Attorney for:

Defendant, The Lincoln National Life Insurance Company

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lonnie Roach
Email: lonnie@brrlaw.com

Greg Reed
Email: greg@brrlaw.com

August 13, 2026
Date

/s/ Iwana Rademaekers
Iwana Rademaekers